**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICARDO SALGADO ORTEGA,<br>Petitioner,<br>v.<br>WARDEN ADELANTO ICE PROCESSING CENTER, et al.,<br>Respondents. | Case No. 5:26-CV-06281-CTS<br>**JUDGMENT** |

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed November 10, 2026 (ECF No. 13), IT IS ADJUDGED that the Petition is granted to the extent it requests a finding that Petitioner is entitled to a bond hearing.

DATED: November 18, 2026

CHRISTINA T. SHAY
UNITED STATES MAGISTRATE JUDGE